UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO RIVERA-GALLEGOS,<br><br>Defendant. | CASE NO.:   12-cr-3814-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING** |

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue the Order to Show Cause Hearing from March 11, 2022 to **April 1, 2022 at 1:30 p.m.** is hereby **GRANTED**.  For the reasons stated in the Parties' joint motion, the Court finds that time should be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)A), because there are pending motions and the continuance serves the ends of justice and outweigh the public and Mr. Rivera-Gallegos' interests in a speedy trial.

**IT IS SO ORDERED.**

Dated:  March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge